THE STATE EX REL. CLARK, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Clark v. Indus. Comm.* (1999), 84 Ohio St.3d 357.]

(No. 97–2484—Submitted November 10, 1998—Decided January 20, 1999.)

*Elliott, Heller, Maas, Moro & Magill Co., L.P.A.,* and *Richard L. Magill,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Gerald H. Waterman,* Assistant Attorney General, for appellee.

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy, Marc J. Jaffy* and *Lynn S. Jaffy,* urging reversal for *amicus curiae,* Ohio Academy of Trial Lawyers.

The judgment of the court of appeals is reversed. A writ of mandamus directing the Industrial Commission to vacate its denial of compensation for the total loss of the second finger and to enter an order granting that compensation is allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

LUNDBERG STRATTON, J., dissenting. I dissent and would affirm the judgment of the court of appeals.

COOK, J., concurs in the foregoing dissenting opinion.